1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES WHITTENBURG,                         No. 2:06-cv-02631-MCE-DAD P

12              Petitioner,

13        vs.                                    ORDER

14   ROBERT A. HOREL,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On December 21, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1.  The findings and recommendations filed December 21, 2007, are adopted in full;

2.  Respondent's August 28, 2007 motion to dismiss the amended petition as barred by the applicable statute of limitations is granted; and

3.  This action is dismissed.

Dated:  January 30, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE